18 A.3d 1145

**SWB YANKEES LLC, Petitioner**

v.

**Gretchen WINTERMANTEL and the Scranton Times Tribune, Respondents.**

Supreme Court of Pennsylvania.

May 3, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of May, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issues, as stated by petitioner:

1. Did the Commonwealth Court err by determining that SWB's operation of a professional baseball team and

concessions at a multi-purpose stadium constitutes a "governmental function" within the meaning of the Pennsylvania Right to Know Law?

2. Did the Commonwealth Court err by holding that the information requested in this matter constitutes a "record" within the meaning of the Pennsylvania Right to Know Law?

Allocatur is **DENIED** as to the remaining issues, without prejudice to the parties' ability to argue any or all of those issues as sub-issues of either or both of the above two issues.